would overcome the presumption of correctness attaching to the collector's classification. The claim in the protest is, accordingly, overruled.

Judgment will be rendered accordingly.

BEFORE THE THIRD DIVISION, OCTOBER 22, 1959

**No. 63453.**—Standard Food Products Corp. *v.* United States, protests 989457–G, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63454.**—Park & Tilford Import Corp. *v.* United States, protests 123758–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

**No. 63455.**—McKesson & Robbins, Inc. *v.* United States, protests 130924–K, etc. (New York).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 23, 1959

**No. 63456.**—Dynamo Tulle Imp. Co., Inc. *v.* United States, protests 58/11209 and 58/19348 (New York).